David Ali Chami
SBN: 027585
Price Law Group, APC
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283
Tel: (866) 881-2133
Fax: (866) 401-1457
david@pricelawgroup.com
Attorney for Plaintiff,
CLAUDIA TRUJILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| CLAUDIA TRUJILLO,<br><br>                                Plaintiff,<br><br> v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>                                Defendant. | No.  2:16-CV-01277-DJH |

### NOTICE OF SETTLEMENT

Plaintiff, CLAUDIA TRUJILLO, ("Plaintiff"), through her attorney, Price Law Group, APC, informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

**[INTENTIONALLY LEFT BLANK]**

RESPECTFULLY SUBMITTED,

DATED: June 21, 2016        By: /s/David Ali Chami_____
                                David Ali Chami
                                Price Law Group, APC
                                Attorney for Plaintiff


## CERTIFICATE OF SERVICE

On June 21, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Malissa Church, at malissa.church@theecholsfirm.com.