David Ali Chami
SBN: 027585
Price Law Group, APC
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283
Tel: (866) 881-2133
Fax: (866) 401-1457
david@pricelawgroup.com
Attorney for Plaintiff,
CLAUDIA TRUJILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| CLAUDIA TRUJILLO,<br><br>                          Plaintiff,<br><br> v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>                          Defendant. | No. 2:16-CV-01277-DJH |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CLAUDIA TRUJILLO, ("Plaintiff"), through her attorney, Price Law Group, APC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC.

**[INTENTIONALLY LEFT BLANK]**

RESPECTFULLY SUBMITTED,

DATED: July 26, 2016  By: /s/David Ali Chami_____
David Ali Chami
Price Law Group, APC
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On July 26, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Malissa Church, at malissa.church@theecholsfirm.com.